Catharine Ash, as Administratrix, etc., of Nathaniel Ash, Deceased, Respondent, v. Frederick Mersmann and Others, Appellants.
—Judgment and order affirmed, with costs. All concurred.

Mary Hughes, as Administratrix, etc., of John Hughes, Deceased, Respondent, v. Buffalo Railway Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Charles Hughes and Others, Appellants, v. James Stewart and Another, Respondents.—Judgment and order affirmed, with costs. All concurred.